IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENIVER FABIAN MARTINEZ TRUJILLO,

Petitioner,

v. No. 2:26-cv-01386-KG-GJF

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER TO SHOW CAUSE**

Petitioner Jeniver Fabian Martinez Trujillo filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on May 4, 2026. Doc. 1. Petitioner also filed a Motion for Temporary Restraining Order on that same date. Doc. 2. "Generally, Respondents need not answer a habeas petition until the Court has ordered an answer." *Castro v. Noem*, 2025 WL 3226973, at *2 (D.N.M.). "Habeas Rule 4 grants a district court discretion to determine when and whether a response to a petition should be filed." *Id.* at *3. Due to inadvertence, the Court failed to issue an order to answer in this matter. In the interest of justice, the Court exercises its discretion to direct Respondents to show cause why the Petition should not be granted within three business days of entry of this Order. *See* 28 U.S.C. § 2243. Petitioner's reply, if any, shall be filed within three business days after the Government's response is filed. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.